York. L. B. Adams, for appellant. A. J. Rose, for appellees. Before WAL-LACE and LACOMBE, Circuit Judges.

PER CURIAM. The decree in this case is affirmed upon the opinion of the district judge (110 Fed. 669) who decided the case in the court below. We fully agree with his findings of fact and law as therein expressed, and are satisfied that the decree was in all respects correct. Affirmed, with costs.

---

In re MAINS. (Circuit Court of Appeals, Ninth Circuit. March 7, 1902.) No. 804. Application for writ of habeas corpus was docketed on the 7th day of March, 1902. Application denied.

---

In re MAINS. (Circuit Court of Appeals, Ninth Circuit. March 12, 1902.) No. 805. Application for a writ of certiorari and habeas corpus was docketed on the 10th day of March, 1902. Application denied.

---

MATTHEWS v. McCALLUM et al. (Circuit Court of Appeals. Third Circuit. March 4, 1902.) No. 5. Appeal from the District Court of the United States for the Eastern District of Pennsylvania. Alex Simpson, Jr., for appellant. J. G. Johnson, for appellees. Case dismissed, at cost of appellant.

---

MOORE, Collector of Internal Revenue, v. RUCKGAHER. (Circuit Court of Appeals, Second Circuit. April 25, 1902.) No. 143. In Error to the Circuit Court of the United States for the Southern District of New York. For opinion below, see 104 Fed. 947. George H. Pettitt, U. S. Atty., for plaintiff in error. A. E. Henrichs, for defendant in error. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Judgment of circuit court affirmed.

---

ST. LOUIS, I. M. & S. RY. CO. v. EWING et al. (Circuit Court of Appeals, Fifth Circuit. February 25, 1902.) No. 1,086. In Error to the Circuit Court of the United States for the Northern District of Texas. John L. Henry (W. T. Henry, on the brief), for plaintiff in error. Frank P. Poston, for defendant in error Southern Ry. Co. Rhodes S. Baker, W. A. Rhea, Jr., and George H. Plowman, for defendants in error Ewing. Before PARDEE, McCOR-MICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that there is no reversible error in the record, and the judgment of the circuit court is therefore affirmed.

PARDEE, Circuit Judge (dissenting). This case shows that prior to removal and after taking nonsuit in the state court, the plaintiffs below so amended their petition as to conform strictly to the contract of transportation as embodied in the ticket signed by Mrs. L. S. Ewing, changing their declaration from one against all the defendants upon a joint obligation to transport over the entire distance from Dallas, Texas, to La Grange, Tennessee, to a declaration against each of the defendants separately for a violation of contract of transportation over the respective lines of each.

It seems to be settled general law that, unless a carrier whose line constitutes a portion of the entire route contracts otherwise, its obligation for transportation and its liability for damage extends only to its own line. Myrick v. Railroad Co., 107 U. S. 102, 107, 1 Sup. Ct. 425, 27 L. Ed. 325; Railroad Co. v. Jones, 155 U. S. 339, 15 Sup. Ct. 136, 39 L. Ed. 176. This rule has been